# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MICHAEL WAYNE THOMAS, JR.
ADC #611338                                                                                       PLAINTIFF

V.                                         2:05CV000117 GH/JTR

ELLA TAYLOR, Nurse,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                           DEFENDANTS

## ORDER

On May 17, 2005, Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, filed a *pro se* § 1983 Complaint. *See* docket entry #1. However, he did not pay the filing fee or file an Application to Proceed *In Forma Pauperis*.

Accordingly, on June 8, 2005, the Court ordered Plaintiff to either pay the $250 statutory filing fee in full or file an Application to Proceed *In Forma Pauperis*. *See* docket entry #2. Importantly, the Court specifically advised Plaintiff that, if he failed to do so within thirty days of the Order's entry date, this action would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* Plaintiff has failed to comply with the Court's June 8, 2005 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED that:

1.   Pursuant to Local Rule 5.5(c)(2), the Complaint (docket entry #1) is DISMISSED, WITHOUT PREJUDICE, for failing to comply with the Court's June 8, 2005 Order. Judgment will be entered accordingly.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 13th day of July, 2005.

                                                         /s/ George Howard, Jr.
                                                       UNITED STATES DISTRICT JUDGE