IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL WAYNE THOMAS, JR.
ADC #611338                                                                                           PLAINTIFF

V.                                    2:05CV000117 GH/JTR

ELLA TAYLOR, Nurse,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 13th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE