**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL WAYNE THOMAS, JR.
ADC #611338                                                                                                    PLAINTIFF

V.                                              2:05CV000117 GH/JTR

ELLA TAYLOR, Nurse,
East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge George Howard, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

    1.       Why the record made before the Magistrate Judge is inadequate.

    2.       Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.       The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## I. Introduction

Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, has filed a Motion for Relief from Judgment and a Motion for Change of Venue. *See* docket entries #10 and #11. For the reasons set forth herein, the Court recommends that both Motions be denied.

## II. Motion for Relief from Judgment

On July 13, 2005, the Court issued an Order and Judgment dismissing Plaintiff's *pro se* § 1983 action, without prejudice, because he failed to respond to the Court's June 8, 2005 Order directing Plaintiff to either: (1) file a properly completed Application to Proceed *In Forma Pauperis*; or (2) pay the $250 filing fee in full. *See* docket entries #2 through #4. Importantly, the Court certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken

in good faith. *See* docket entries #3 and #4.

On September 14, 2005, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal, due to the § 1915(a)(3) certification, and instructed Plaintiff to "file any future documents or pleadings in connection with his appeal with the Eighth Circuit Court of Appeals." *See* docket entry #8 at 2.

On October 21, 2005, Plaintiff filed a Motion, which makes the conclusory allegation that the Court should "alter or amend the judgment" entered in this case due to "substantive error in judgment, manifest error of law or fact, . . . [and] clerical error." *See* docket entry #10 at 1. However, Plaintiff has not clarified what error actually occurred in this case that would arguably warrant relief from the July 13, 2005 Judgment. Additionally, he has not otherwise set forth any explanation or argument demonstrating that he is entitled to such relief. Accordingly, the Court recommends that the Motion be denied.

### III. Motion for a Change of Venue

On October 21, 2005, Plaintiff also filed a Motion asking the Court to change the venue of this case to the United States District Court for the Western District of Arkansas. Obviously, this request cannot be granted because Judgment has already been entered dismissing this case. Accordingly, the Court recommends that the Motion be denied, as moot.

### IV. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's Motion for Relief from Judgment (docket entry #10) be DENIED.

2.	Plaintiff's Motion for a Change of Venue (docket entry #11) be DENIED, AS MOOT.

Dated this 26th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE