## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL WAYNE THOMAS, JR.                                                                PLAINTIFF
ADC #611338

V.                                     No. 2:05CV000117 GH/JTR

ELLA TAYLOR, Nurse,
East Arkansas Regional Unit,
Arkansas Department of Correction, *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Relief from Judgment (docket entry #10) is DENIED.

2.      Plaintiff's Motion for a Change of Venue (docket entry #11) is DENIED AS MOOT.

Dated this 28th day of November, 2005.

_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE